# **EXHIBIT B**

## APPENDIX I

### PROJECT: UncommonGood Development

**UncommonGood Dev Operations (August - October)**

**Summary:**
Between August 10 and October 31 2021, Juice proposes to:
- Work with client to develop and complete 15 features.
- Work with client to design 9 features.
- Write technical documentation for 8 features.

Timelines, as can be determined as of this date, are specified below.

Costs listed in this SOW are reflective of cost of labor for this project, with no upcharge to the client. Only with client agreement would the number of team members working on this SOW increase, in which case, the cost estimate would change to reflect the new cost of labor.

**The following terms apply to all work described in this SOW:**

**Costs Included:** All features will be built in accordance to the specifications and design approved by the client in advance of each feature being developed. Any changes after approval is not part of the deliverable phase pricing in this SOW.

**Payment Terms:** *These terms will apply throughout the needed development time period.*

**Terms:** *This will span throughout the needed development time period.*

**Risk Score:** *Timing estimates of features is subject to a 25% margin of error. This is to support unexpected bugs, technical difficulties, and unforcenese circumstances.*

**Client Responsibilities:**
- Provide timely and constructive feedback on all works in progress.
- Approve vendors and expenses as needed.
- *Note: delayed feedback may extend timelines.*

**Regarding Projects Not Detailed in this SOW:** All projects outside of Development, UX/UI Design, Specification Writing, and Dev Operations listed in this SOW are scoped on a case-by-case basis. Each project will be scoped out in accordance to that month's objectives and will be tracked by the hour at that specific service's billable rate. Discounts that are currently in effect will continue until the end of this 3-month agreement. All features will be built in accordance to the specifications and design approved by the client in advance of each feature being developed. Any changes after approval is not part of the deliverable pricing in this SOW.

**Phase I: August**

Throughout the month of August, JUICE will work with the client to develop seven additional features for UncommonGood's NPO software and engagement platform. These features include; Donation Widget | Tier 2, recurring donations, CRM | Tier 2, Crello API, Crello Launcher, Fundraisers and P2P. JUICE will also work with the client to design six additional features in the month of August including; notifications, to-do list, calendar, email integrations, stories and analytics; all except analytics will have complete technical documentation by the end of the month.

**Deliverables**
Features:
    *(Delivery Time: September 1)*
- Donation Widget | Tier 2
- Recurring Donations
- CRM | Tier 2
- Crello API
- Crello Launcher
- Fundraisers
- P2P

QA & Troubleshooting of all features:
    *(Delivery Time: September 6)*

\* All features will be built in accordance to the specifications and design approved by the client in advance of each feature being developed. Any changes after approval is not part of this deliverable phase.

    **Estimated Cost:**    $77,117.01

**Cost Summary**

    *100% due on initiation:*    *$77,117.01*

**Phase II: September**

Throughout the month of September, JUICE will work with the client to begin development of five additional features for UncommonGood's NPO software and engagement platform. These features are; Project Management Tools (Notifications, To-Do List & Calendar), Email Integrations, and Stories. JUICE will also work with the client to design two additional features, chat and auctions. Technical documentation of Chat and Auctions will begin at this time. Technical documentation for Analytics will conclude.

**Deliverables**
> *(Delivery Time: based on estimates provided by September 12th. QA/Troubleshooting will be completed 5 business days after delivery date.)*
> - Project Management Tools:
>   - Notifications
>   - To-Do List
>   - Calendar
> - Email Integrations
> - Stories

\* All features will be built in accordance to the specifications and design approved by the client in advance of each feature being developed. Any changes after approval is not part of this deliverable phase.

**Estimated cost:** based on team member activity. At time of SOW, monthly costs are $77,117.01, but changes in activity (only if approved by Client) would change costs.

**Phase III: October**

Throughout the month of October, JUICE will work with the client to begin development of three additional features (Chat, Analytics, and Media Library) and complete the design and technical specification for one more feature (Auctions) for UncommonGood's NPO software and engagement platform.

**Deliverables**
> *(Delivery Time: based on estimates provided by October 12th. QA/Troubleshooting will be completed 5 business days after delivery date.)*
> - Chat
> - Auctions (Design & Technical Specification)
> - Analytics
> - Media Library

* All features will be built in accordance to the specifications and design approved by the client in advance of each feature being developed. Any changes after approval is not part of this deliverable phase.

**Estimated cost:** based on team member activity. At time of SOW, monthly costs are $77,117.01, but changes in activity (only if approved by Client) would change costs.