# **<u>EXHIBIT C</u>**

**STATEMENT OF WORK**

This Statement of Work ("SOW") was finalized on October 13th, 2021 between **Uncommon Good, Inc** ("Client") and **Juice Creative Group LLC** ("Juice") subject to the existing Master Services Agreement between the parties, and reflects the parties work agreement commencing on August 10th, 2021 and ending on December 31st, 2021.

The parties agree as follows:

1. Services. Juice agrees to perform the services (the "Services") described in Appendix 1 attached hereto.

2. Compensation and Invoices.

    (a) Client shall pay JUICE for Services in accordance with the "Payment Schedule" as set forth in Paragraph 3.

    (b) Ad Hoc out-of-pocket expenses related to the project will be billed as they occur, with no markup. Juice shall provide an accounting of expenses incurred on a project basis per Client's requirements, which shall be in the same detail and accompanied by the same receipts as are required for Client's own employees. All fees shall be estimated and approved by the Client's representative prior to submission for payment.

Invoices shall be submitted via email to carolyn@uncommongood.io. No paper copies will be required. Questions should be directed to Carolyn Driscoll (at Client) or Carter Grotta [carter@juicecg.com] (at Juice).

3. Payment Schedule. Client will pay invoiced amounts in accordance with the payment amounts outlined in Appendix I below. Please note that all online credit card payments will incur a 3.6% transaction fee. Project payments are due at the beginning of the month based on approved project hours estimated for that month. Any overages will be billed at the beginning of the following month. Any hours paid for but not used will roll into the following month.

4. SOW Term. The will span throughout the needed development time period. This SOW shall commence as of August 10, 2021 and shall continue through to the completion of the deliverables (December 31, 2021) unless this Work Plan is earlier terminated pursuant to the terms in the Master Service Agreement.

## FEE APPROVAL, ACCEPTANCE AND AUTHORIZATIONS

I accept the project, fees and resources as described in this SOW dated October 13th, 2021 and the fees outlined within it.

IN WITNESS WHEREOF, the parties by their duly authorized representatives have caused this agreement to be executed as of the date written below.

**ACCEPTED AND AGREED:**

| Uncommon Good, Inc | JUICE Creative Group, LLC |
|---|---|
|  | *Carter Grotta* |
| Name: _____ | Name: Carter Grotta |
| Title: _____ | Title: Managing Partner & Creative Director |
| Date: _____ | Date: October 13, 2021 |

## APPENDIX I

## PROJECT: UncommonGood Development

### UncommonGood Dev Operations (August - December)

**Summary:**
Between August 10 and December 31 2021, Juice proposes to:
- Work with client on development of 12 features. Such number to be adjusted downward if client requests.
- Work with client on design of 8 features.
- Work with client on technical documentation for 5 features.

Timelines, as can be determined as of this date, are specified below.

Costs listed in this SOW are reflective of cost of labor for this project, with no upcharge to the client. Only with client agreement would the number of team members working on this SOW increase, in which case, the cost estimate would change to reflect the new cost of labor.

An updated status of each feature's progress and changes to original scope requested by client (as of 10/13/21) are provided in Appendix II

**The following terms apply to all work described in this SOW:**

> **Costs Included:** All features will be built in accordance to the specifications and designs approved by the client in advance of each feature being developed. Any changes after approval are not part of the deliverable phase pricing in this SOW.
>
> **Payment Terms:** These terms will apply throughout the needed development time period. Schedule for payments and hourly rates as described below and surcharge for credit card payment will apply throughout the needed development time period.
>
> **Terms:** *The will span throughout the needed development time period. This SOW shall commence as of August 10, 2021 and shall continue through to the completion of the deliverables (December 31, 2021) unless this Work Plan is earlier terminated pursuant to the terms in the Master Service Agreement.*
>
> **Risk Score:** *Timing estimates of features is subject to a 25% margin of error. This is to support unexpected bugs, technical difficulties, and unforeseen circumstances.*
>
> **Client Responsibilities:**
> - Provide timely and constructive feedback on all works in progress.
> - Approve vendors and expenses as needed.
> - *Note: delayed feedback may extend timelines.*
> - *Note: third-party delays may extend timelines.*

**Regarding Projects Not Detailed in this SOW:** All projects outside of Development, UX Design, Specification Writing, and Dev Operations listed in this SOW are scoped on a case-by-case basis. Each project will be scoped out in accordance to that month's objectives and will be tracked by the hour at that specific service's billable rate. Discounts that are currently in effect will continue for development related services until the end of this 5-month agreement. All features will be built in accordance to the specifications and design approved by the client in advance of each feature being developed. Any changes after approval is not part of the deliverable pricing in this SOW.

## Phase I: August

Throughout the month of August, JUICE worked with the client to develop seven additional features for UncommonGood's NPO software and engagement platform. These features included; Donation Widget | Tier 2, Recurring Donations, CRM | Tier 2, Crello API, Crello Launcher, Fundraisers, and P2P. JUICE also worked with the client to design six additional features in the month of August including; Project Management Tools (notifications, to-do list, calendar), Email Integrations, Stories, and Analytics.

**Deliverables***
Features:
  *(Delivery Time: September)*
- Donation Widget | Tier 2
- Recurring Donations
- CRM | Tier 2
- Crello API
- Crello Launcher
- Fundraisers
- P2P

*All features built in accordance to the specifications and design approved by the client in advance of each feature being developed. Any changes after approval were not part of this deliverable phase. *(Feature Development Completion, Progress Status, and Client Requested Changes to Scope as of October 13, 2021 are found in Appendix II).*

**Cost Summary**

  100% due on initiation:              $65,674.89

Cost Breakdown:
- Maintenance: $2,310 (Fixed Cost)
- Tech PM (Clayton): $4,620 (Fixed Cost)
- Hosting & Server Tools: $744.89 (3rd Party Reimbursable Expense)
- Web Development: $58,000 (Based on hours of development during Month of August)

*These costs do not include any additional design, branding or marketing costs provided by Juice*

**Amount Paid:** $65,674.89
**Actual Additional Costs:** $0

## Phase II: September

Throughout the month of September, JUICE worked with the client to launch four features for UncommonGood's NPO software and engagement platform. These were; Donation Widget | Tier 2, Recurring Donations, CRM | Tier 2, Fundraisers, and P2P. JUICE also worked to continue development of Crello API and Crello Launcher and begin development of Project Management Tools (Notifications, To-Do List & Calendar) and Media Library. JUICE also worked with the client on the design of Chat, Analytics, Stories, and Email Integrations. Client requested Auctions be replaced with Events. R&D for Events began.

**Delivered in September**
- Donation Widget | Tier 2
  - *Live on production*
- Recurring Donations
  - *Live on production*
- CRM | Tier 2
  - *Live on production*
- Fundraisers
  - *Live on production*
- P2P
  - *Live on production*
- Crello API
  - *Live on demo, delayed by Crello*
- Crello Launcher
  - *Live on demo, delayed by Crello*

**Deliverables***

*(Delivery Time: based on estimates provided in September. QA/Troubleshooting will be completed approximately 5 business days after delivery date.)*
- Project Management Tools:
  - Notifications
  - To-Do List
  - Calendar
- Media Library
- Crello API *(for Production launch)*
- Crello Launcher *(for Production launch)*

*All features built in accordance to the specifications and design approved by the client in advance of each feature being developed. Any changes after approval were not part of this deliverable phase. (Feature Development Completion, Progress Status, and Client Requested Changes to Scope as of October 13, 2021 are found in Appendix II).

**Cost Summary**

*100% due on initiation:*     $84,249.99**

Cost Breakdown:
- Maintenance: $2,310 (Fixed Cost)
- Tech PM (Clayton): $4,620 (Fixed Cost)
- Hosting & Server Tools: $744.89 (3rd Party Reimbursable Expense)
- Web Development: $76,575.15 (Based on hours of development during Month of September)

*These costs do not include any additional design, branding or marketing costs provided by Juice*

**Amount Paid:** $65,674.84
**Actual Additional Costs:** $18,575.15 (borne by JUICE)

**Additional development costs for September reflect an increase in hourly rate for development communicated to client in August 2021. Due to our continued collaboration and work with UncommonGood, the remaining $18,575.15 will be paid by Juice in for the month of September. However, as communicated to the client in October, these adjustments in hourly rate will be reflected in UncommonGood's balance due for the months of October, November and December.

Full breakdown of hours from OneplusOne Solutions provided to client via Slack on 10/3/2021.

**Out of scope CRM additions:** $470.21 (Covered by Juice for month of September, this number only includes Development and not internal UX)

### Phase III: October

Throughout the month of October, JUICE will work with the client to continue development on remaining features; Project Management Tools (Notifications, To Do List, and Calendar), Crello API *(for Production launch)*, Crello Launcher *(for Production launch)*, and Media Library. JUICE will also begin development on Email Integrations.

**Deliverables\*\*\***

*(Delivery Time: based on estimates provided in September/October. QA/Troubleshooting will be completed approximately 5 business days after delivery date.)*

- Project Management Tools:
    - Notifications
    - To-Do List
    - Calendar
- Crello API *(for Production launch)*
- Crello Launcher *(for Production launch)*
- Media Library
- Email Integrations

The priority and order of development for these features– Crello API, Crello Launcher, Project Management tools, Email Integration, and Media Library– will be determined in consultation with client and are dependent upon Juice's ability to obtain needed requirements from Crello, Mailchimp, or any other non-Juice affiliated third party.

\*\*\*\* All features will be built in accordance to specifications and design approved by the client in advance of each feature being developed. Any changes after approval are not part of this deliverable phase. *Feature Development Completion, Progress Status and Client Requested Changes to Scope as of October 13, 2021 are found in Appendix II.*

**Cost Summary**
Estimated cost based on team member activity. At time of SOW, monthly costs for development are $84,174.89, but changes in activity (only if approved by Client) would change costs.

*100% due on initiation:*          $84,249.99\*\*\*\*

**Cost Breakdown:**
- Maintenance: $2,310 (Fixed Cost)
- Tech PM (Clayton): $4,620 (Fixed Cost)
- Hosting & Server Tools: $744.89 (3rd Party Reimbursable Expense)
- Web Development: $76,500 (Based on September; 1,700 Hours at $45 an hour, this is an estimated cost)

*These costs do not include any additional design, branding or marketing costs provided by Juice*

**Amount Paid:** $58,000
**Remaining Balance:** $26,174.89
**Additional Costs:** To be determined at end of October

****(As of October, estimated monthly development cost is $84,249.99 reflecting a $15 change in hourly rate to $45/hour for development, with no upcharge, communicated to client in August 2021.)

### Phase IV: November

Throughout the month of November, JUICE will work with the client to continue development on remaining features not completed in October.

**Deliverables** *(if not already completed)*
*(Delivery Time: based on estimates provided in September/October. QA/Troubleshooting will be completed approximately 5 business days after delivery date.)*
- Project Management Tools:
    - Notifications
    - To-Do List
    - Calendar
- Crello API *(for Production launch)*
- Crello Launcher *(for Production launch)*
- Media Library
- Email Integrations

The priority and order of development for these features– Crello API, Crello Launcher, Project Management tools, Email Integration, and Media Library– will be determined in consultation with client and are dependent upon Juice's ability to obtain needed requirements from Crello, Mailchimp, or any other non-Juice affiliated third party.

**Cost Summary**
Estimated cost based on team member activity. At time of SOW, monthly costs for development are $84,249.99, but changes in activity (only if approved by Client) would change costs.

*100% due on initiation:*          $84,249.99*

**Cost Breakdown:**
- Maintenance: $2,310 (Fixed Cost)
- Tech PM (Clayton): $4,620 (Fixed Cost)
- Hosting & Server Tools: $744.89 (3rd Party Reimbursable Expense)
- Web Development: $76,500 (Based on September; 1,700 Hours at $45 an hour, this is an estimated cost)

*These costs do not include any additional design, branding or marketing costs provided by Juice*

**Amount Paid:** $0
**Additional Costs:** To be determined at end of November

### Phase V: December

Throughout the month of December, JUICE will work with the client to continue development on remaining features not completed in November.

#### Deliverables *(if not already completed)*
*(Delivery Time: based on estimates provided in September/October. QA/Troubleshooting will be completed approximately 5 business days after delivery date.)*
- Media Library
- Email Integrations

The priority and order of development for these features– Email Integration, and Media Library– will be determined in consultation with client and are dependent upon Juice's ability to obtain needed requirements from Crello, Mailchimp, or any other non-Juice affiliated third party.

#### Cost Summary
Estimated cost based on team member activity. At time of SOW, monthly costs for development are $84,249.99, but changes in activity (only if approved by Client) would change costs.

*100% due on initiation:*          $84,249.99*

#### Cost Breakdown:
- Maintenance: $2,310 (Fixed Cost)
- Tech PM (Clayton): $4,620 (Fixed Cost)
- Hosting & Server Tools: $744.89 (3rd Party Reimbursable Expense)
- Web Development: $76,500 (Based on September; 1,700 Hours at $45 an hour, this is an estimated cost)

*These costs do not include any additional design, branding or marketing costs provided by Juice*

**Amount Paid:** $0
**Additional Costs:** To be determined at end of November

*These costs do not include any additional design, branding or marketing costs provided by Juice*

**APPENDIX II**

**Feature Development Completion Status and Client Requested Changes to Scope**
*As of October 13th, 2021*

- Donation Widget | Tier 2
  - Complete & Live
- Recurring Donations
  - Complete & Live
- CRM | Tier 2
  - Complete & Live
- Fundraisers
  - Complete & Live
- P2P
  - Complete & Live
- Crello API
  - In progress; delays related to Crello. Documentation in writing has been provided throughout the process. Feature is functional and live in demo, not live on production.
- Crello Launcher
  - In progress; delays related to Crello. Documentation in writing has been provided throughout the process. Feature is functional and live in demo, not live on production.
- Project Management Tools (Notifications, To-Do List, Calendar)
  - In progress. Design approved, tech documentation written; development begun.
- Email Integrations
  - In progress. Estimation delays related to UX, technical requirements, GDPR and legal email requirements, Quoted for development on 10/4/2021.
- Stories
  - Removed from scope by client on 9/28/2021.
- CRM
  - Added to scope by client. Complete.
- Chat
  - Client removed from scope 9/28/2021
- Auctions (Design & Technical Specification) & Events
  - Client changed work on Auctions to Events Client removed both from scope 9/28/2021.
- Analytics
  - This was delayed significantly because of technical requirements not being met when it was handed off from UX to dev for review. Removed from scope by client on 9/28/2021.