UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUICE CREATIVE GROUP, LLC, | ) )  ) Civ. No. |
| Plaintiff | ) ) |
| v. | ) ) ) |
| UNCOMMONGOOD, INC., | ) September 16, 2022 ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned case for Plaintiff Juice Creative Group, LLC.

Respectfully submitted,

Joseph J. Cherico (ct 24869)
McCarter & English, LLP
One Canterbury Green
201 Broad Street
Stamford, CT  06901
Tel.:  (203) 399-5900
Fax:  (203) 399-5800
Email:  jcherico@mccarter.com

*Attorney for Plaintiff*
    *Juice Creative Group, LLC*

## CERTIFICATE OF SERVICE

       I hereby certify that, on September 16, 2022, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joseph J. Cherico (ct 24869)
McCarter & English, LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Telephone: (203) 399-5900
Facsimile: (203) 399-5800
jcherico@mccarter.com

ME1 42340146v.1