**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JUICE CREATIVE GROUP, LLC, | : <br> : |
| Plaintiff, | : Civil No. 3:22-cv-01175 <br> : |
| v. | : <br> : September 16, 2022 |
| UNCOMMONGOOD, INC., | : <br> : |
| Defendant. | : <br> : |

**MOTION FOR *PRO HAC VICE* ADMISSION OF EMILY BAB KIRSCH**

Pursuant to Local Rule of Civil Procedure 83.1(d), Joseph J. Cherico, a member of the bar of this Court, a partner with the law firm of McCarter & English, LLP, and counsel for Plaintiff Juice Creative Group, LLC ("Juice"), respectfully moves the Court for an order permitting Attorney Emily Bab Kirsch, of Kirsch & Niehaus PLLC, to be admitted *pro hac vice* to represent Juice in this action. In support of this motion, the movant states, based on the accompanying Affidavit of Emily Bab Kirsch, that:

1. Attorney Kirsch is an attorney with the law firm of Kirsch & Niehaus PLLC, located at 950 Third Avenue, Suite 1900, New York, New York 10022, telephone number: (646) 415-7530, fax number: (212) 624-0223, email address: emily.kirsch@kirschniehaus.com.

2. Attorney Kirsch is a member of the Bar of the State of New York (Attorney Registration No. 2767184) and is also admitted to practice before the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York (SDNY/EDNY Bar No. EB4216).

3. Attorney Kirsch has no pending disciplinary complaints in any court to which she has been admitted, and has never been denied admission to, been disciplined by, resigned from, surrendered her license to practice before or withdrawn her application for admission to practice from this Court or any other court while facing a disciplinary complaint or otherwise.

4. Attorney Kirsch has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court of Connecticut, and the Connecticut Rules of Professional Conduct.

5. Pursuant to Local Rule 83.1(c)(1), Attorney Kirsch designates Joseph J. Cherico of McCarter & English, LLP, One Canterbury Green, 201 Broad Street, Stamford, Connecticut 06901 as a member of the bar of this Court upon whom service of all papers shall also be made.

6. Pursuant to Local Rule 83.1(d), Attorney Kirsch designates the District of Connecticut as the forum for any resolution of any dispute arising out of Attorney Kirsch's admission.

The movant further states that the payment of the requisite fee pursuant to Local Rule of Civil Procedure 83.1(d)(3) accompanies this motion.

WHEREFORE, the movant respectfully requests that this Court grant this motion and permit Attorney Emily Bab Kirsch. to appear *pro hac vice* in this matter on behalf of Juice.

Dated: September 16, 2022

McCARTER & ENGLISH, LLP

By: */s/ Joseph J. Cherico*
     Joseph J. Cherico (ct 24869)

                                                One Canterbury Green  
                                                201 Broad Street  
                                                Stamford, CT 06901  
                                                Tel.:   (203) 399-5900  
                                                Fax:   (203) 399-5800  
                                                Email: jcherico@mccarter.com

                                              *Attorneys for Plaintiff Juice Creative Group, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on September 16, 2022, copies of the foregoing Motion for Pro Hac Vice Admission of Emily Bab Kirsch, and the accompanying Affidavit of Emily Bab Kirsch, were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                */s/ Joseph J. Cherico*
                Joseph J. Cherico (ct 24869)
                McCarter & English, LLP
                One Canterbury Green
                201 Broad Street
                Stamford, CT 06901
                Tel.:   (203) 399-5900
                Fax:   (203) 399-5800
                Email: jcherico@mccarter.com