UNITED STATES DISTRIT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUICE CREATIVE GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNCOMMONGOOD, INC., <br><br> Defendant. | Civil No. |

**AFFIDAVIT OF EMILY BAB KIRSCH**
**IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

EMILY B. KIRSCH, being duly sworn, deposes and says:

1. I respectfully submit this Affidavit in support of the Motion for my admission *pro hac vice* in these matters.

2. I am an attorney with the law firm of Kirsch & Niehaus, PPLC, located at 950 Third Avenue, Suite 1900, New York, NY 10022, telephone number: (646) 415-7530, fax number: (212) 624-0223, email address: Emily.kirsch@kirschniehaus.com.

3. I am a member of the Bar of the State of New York (Attorney Registration No. 2767184) and am also admitted to practice before the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York (SDNY/EDNY Bar No. EB4216).

4. There are no pending disciplinary complaints against me to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Joseph J. Cherico of McCarter & English, LLP, One Canterbury Green, 201 Broad Street, Stamford, Connecticut 06901 as my agent for service of process, and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court *pro hac vice*.

_____
Emily B. Kirsch

Sworn to before me this
16th day of September 2022

_____
Notary Public

Paul R. Niehaus
Notary Public, State of New York
Registration No. 02NI6094355
Qualified in New York County
Commission Expires June 16, 2023