# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUICE CREATIVE GROUP, LLC, | |
| Plaintiff, | Civil No. 3:22-cv-01175 |
| v. | September 16, 2022 |
| UNCOMMONGOOD, INC., | |
| Defendant. | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF CRAIG S. TARASOFF

Pursuant to Local Rule of Civil Procedure 83.1(d), Joseph J. Cherico, a member of the bar of this Court, a partner with the law firm of McCarter & English, LLP, and counsel for Plaintiff Juice Creative Group, LLC ("Juice"), respectfully moves the Court for an order permitting Attorney Craig S. Tarasoff, of Kirsch & Niehaus PLLC, to be admitted *pro hac vice* to represent Juice in this action. In support of this motion, the movant states, based on the accompanying Affidavit of Craig S. Tarasoff, that:

1. Attorney Tarasoff is an attorney with the law firm of Kirsch & Niehaus PLLC, located at 950 Third Avenue, Suite 1900, New York, New York 10022, telephone number: (646) 415-7530, fax number: (212) 624-0223, email address: craig.tarasoff@kirschniehaus.com.

2. Attorney Tarasoff is a member of the Bar of the State of New York (Attorney Registration No. 5519095) and is also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York (SDNY/EDNY Bar No. CT7968).

1

3. Attorney Tarasoff has no pending disciplinary complaints in any court to which he has been admitted, and has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before or withdrawn his application for admission to practice from this Court or any other court while facing a disciplinary complaint or otherwise.

4. Attorney Tarasoff has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court of Connecticut, and the Connecticut Rules of Professional Conduct.

5. Pursuant to Local Rule 83.1(c)(1), Attorney Tarasoff designates Joseph J. Cherico of McCarter & English, LLP, One Canterbury Green, 201 Broad Street, Stamford, Connecticut 06901 as a member of the bar of this Court upon whom service of all papers shall also be made.

6. Pursuant to Local Rule 83.1(d), Attorney Tarasoff designates the District of Connecticut as the forum for any resolution of any dispute arising out of Attorney Tarasoff's admission.

The movant further states that the payment of the requisite fee pursuant to Local Rule of Civil Procedure 83.1(d)(3) accompanies this motion.

WHEREFORE, the movant respectfully requests that this Court grant this motion and permit Attorney Craig S. Tarasoff to appear *pro hac vice* in this matter on behalf of Juice.

Dated: September 16, 2022

McCARTER & ENGLISH, LLP

By: */s/ Joseph J. Cherico*
Joseph J. Cherico (ct 24869)

One Canterbury Green
201 Broad Street
Stamford, CT 06901
Tel.:   (203) 399-5900
Fax:    (203) 399-5800
Email: jcherico@mccarter.com

*Attorneys for Plaintiff Juice Creative Group, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 16, 2022, copies of the foregoing Motion for Pro Hac Vice Admission of Craig S. Tarasoff, and the accompanying Affidavit of Craig S. Tarasoff, were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Joseph J. Cherico*
Joseph J. Cherico (ct 24869)
McCarter & English, LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Tel.: (203) 399-5900
Fax: (203) 399-5800
Email: jcherico@mccarter.com