AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Juice Creative Group, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-01175-JCH |
| UncommonGood, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Juice Creative Group, LLC.

Date: 09/23/2022

/s/ Craig S. Tarasoff
*Attorney's signature*

Craig S. Tarasoff
*Printed name and bar number*

Kirsch & Niehaus, PLLC
950 Third Avenue, Suite 1900
New York, NY 10022
(admitted pro hac vice)
*Address*

craig.tarasoff@kirschniehaus.com
*E-mail address*

(646) 415-7541
*Telephone number*

(212) 624-0223
*FAX number*