# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Juice Creative Group, LLC )<br>*Plaintiff* )<br>v. )<br>UncommonGood, Inc. )<br>*Defendant* ) | Case No. 3:22-cv-01175-JCH |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Juice Creative Group, LLC.

Date: 09/23/2022

/s/ Emily B. Kirsch
*Attorney's signature*

Emily B. Kirsch
*Printed name and bar number*

Kirsch & Niehaus, PLLC
950 Third Avenue, Suite 1900
New York, NY 10022
(admitted pro hac vice)
*Address*

emily.kirsch@kirschniehaus.com
*E-mail address*

(646) 415-7530
*Telephone number*

(212) 624-0223
*FAX number*