# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUICE CREATIVE GROUP, LLC, | ) |
|     Plaintiff, | ) Civ. No. 3:22-cv-01175 (JCH) |
| v. | ) |
| UNCOMMONGOOD, INC., | ) September 26, 2022 |
|     Defendant. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 26, 2022, pursuant to the Notice issued by the Court on September 21, 2022 (Doc. No. 14), on behalf of Plaintiff Juice Creative Group, LLC, I caused copies of the (1) Complaint, (2) Notice of Appearance, (3) Corporate Disclosure Statement, (4) Pro Hac Motion – Attorney Kirsch, (5) Pro Hac Motion – Attorney Tarasoff, (6) Order on Pro Hac Motions, (7) Certificate of Good Standing – Attorney Tarasoff, (8) Certificate of Good Standing – Attorney Kirsch, (9) Order on Pretrial Deadlines, (10) Electronic Filing Order, (11) Standing Protective Order, and (12) Standing Discovery Order, to be served by e-mail upon counsel for Defendant UncommonGood, Inc., as follows:

Robert M. Fleischer, Esq.
Green & Sklarz, LLC
One Audubon Street, Third Floor
New Haven, CT 06511
via email: rfleischer@gs-lawfirm.com

In addition, I hereby certify that, on September 26, 2022, a copy of this Certificate of Service was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Joseph J. Cherico*
Joseph J. Cherico (ct 24869)
McCarter & English, LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Tel.:    (203) 399-5900
Fax:    (203) 399-5800
Email: jcherico@mccarter.com

Attorneys for Juice Creative Group, LLC