# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUICE CREATIVE GROUP, LLC, | ) <br> ) <br> ) Civ. No. 3:22-cv-01175-JCH |
| Plaintiff, | ) |
| v. | ) <br> ) <br> ) February 10, 2023 |
| UNCOMMONGOOD, INC., | ) |
| Defendant. | ) <br> ) |

## JOINT STATUS REPORT OF COUNSEL

Pursuant to Your Honor's Scheduling Order dated November 10, 2022 (ECF 25), the parties hereby jointly submit this joint status report.

1. **Discovery Conducted to Date**

On December 1, 2022, Plaintiff propounded document demands and interrogatories on the Defendant. Pursuant to stipulation of the parties, Defendant provided Answers and Objections to Plaintiff's discovery requests on January 23, 2023, and thereafter made a production of responsive documents on February 3, 2023. Plaintiff is still in the process of reviewing Defendant's written responses and the February 3, 2023 production.

Defendant has not yet served discovery requests on Plaintiff.

2. **Amended Pleadings**

At this time, Plaintiff does not contemplate filing and serving any amended pleadings. Defendant has not yet filed an Answer, because its Motion to Dismiss is pending, as detailed below, and Defendant will file an Answer after disposition if necessary.

3. **Dispositive Motions**

On December 1, 2022, Defendant filed a motion to dismiss counts one through six of Plaintiff's Complaint for failure to state a claim upon which relief can be granted. Pursuant to this Court's Order, Plaintiff filed and served its opposition on January 9, 2023, and Defendant filed and served its reply on January 27, 2023. The motion remains pending before Your Honor.

Should the Complaint survive Defendant's motion to dismiss, both parties contemplate moving for summary judgment following the completion of discovery.

4. **Current Deadlines**

The current deadlines as set forth in the Scheduling Order are stated below. Defendant has asked Plaintiff to stipulate to extending the deadlines by about two months so that the parties can coordinate and not duplicate discovery in this action and Defendant's prior pending action on the same and related subject matters proceeding in Connecticut Superior Court CV-6058173. Plaintiff refused. Defendant is filing a letter to the Court in this regard to supplement this Joint Status Report.

| Date | Deadline |
|---|---|
| May 24, 2023: | Deadline to complete fact discovery |
| June 8, 2023: | Deadline to disclose expert witnesses |
| June 28, 2023: | Deadline to depose expert witnesses |
| July 13, 2023: | Deadline to disclose rebuttal experts |
| August 1, 2023: | Deadline to depose rebuttal experts |
| September 15, 2023: | Deadline to file a motion related to preclusion of an expert |
| September 15, 2023: | Deadline to file joint trial memorandum |
| September 15, 2023: | Deadline to file dispositive motions |

\* \* \*

Please let us know if the Court requires any additional information from the parties. We appreciate your time and attention to this matter.

    Respectfully submitted,

    PLAINTIFF,
    JUICE CREATIVE GROUP, LLC,

    By /s/  Craig S. Tarasoff
        Emily B. Kirsch
        Craig S. Tarasoff
        Kirsch & Niehaus, PLLC
        950 Third Avenue, Suite 1900
        New York, NY 10022
        Tel.: (646) 415-7530
        Fax: (212) 624-0223
        Email: emily.kirsch@kirschniehaus.com
             craig.tarasoff@kirschniehaus.com

        *Admitted Pro Hac Vice*

        Joseph J. Cherico (CT 24869)
        McCarter & English, LLP
        One Canterbury Green
        201 Broad Street
        Stamford, CT  06901
        Tel.: (203) 399-5900
        Fax: (203) 399-5800
        Email: jcherico@mccarter.com


    DEFENDANT,
    UNCOMMONGOOD, INC.

    By /s/  Robert M. Fleischer
        Robert M. Fleischer (CT 11960)
        Green & Sklarz, LLC
        One Audubon Street, Third Floor
        New Haven, CT  06511
        Tel.: (203) 285-8545
        Fax: (203) 823-4546
        Email: rfleischer@gs-lawfirm.com

        Spencer Dreier
        Phillips Nizer LLP
        485 Lexington Avenue, 14th Floor
        New York, NY 10017
        Tel.: (212) 841-1344
        Email: sdreier@phillipsnizer.com
        *Admitted Pro Hac Vice*