DocuSign Envelope ID: 02E9205B-3448-458D-BB55-A12A5942355A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JUICE CREATIVE GROUP, LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNCOMMONGOOD, INC., )<br><br>Defendant. ) | Civ. No. 3:22-cv-01175-JCH-MEG |

---

### DECLARATION OF CAROLYN DRISCOLL

---

I, **Carolyn Driscoll,** declare as follows, pursuant to 28 U.S.C. Section 1746:

1.  I am the founder and Chief Executive Officer of the Defendant, UncommonGood, Inc. ("UG"). I make this declaration in opposition to Plaintiff's Motion to Compel (the "Motion"). I have personal knowledge of the facts set forth herein.

2.  I have read Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Compel ("Defendant's Memorandum"). To the best of my knowledge, Defendant's Memorandum accurately describes the means by which UG employees have communicated with each other and the extent to which their written communications have been retained. I further verify that a good faith effort has been made to locate any Slack messages, emails, texts or other written communications regarding the subject matter of this litigation and that whatever has been located has been delivered to UG's counsel.

3.  I also verify the facts set forth in Defendant's Memorandum in regard to the confidentiality of certain information sought by Plaintiff from UG in connection with this Motion and the

competitive disadvantage UG would suffer from the disclosure of that information to Plaintiff.  UG

has developed and uses the source code that UG acquired from Plaintiff in ways that now constitute

valuable trade secrets.  I am quite certain that the disclosure of that information to Plaintiff and/or

the disclosure of the information requested by Plaintiff regarding UG's clients and potential clients,

investors and potential investors, lenders, finances, projections, marketing and the like would cause

irreparable harm to UG, and for that reason I respectfully ask the Court to deny Plaintiff access to

that information.

 I declare under penalty of perjury that the foregoing is true and correct.

        Dated: April 11, 2023

Carolyn Driscoll