UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUICE CREATIVE GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNCOMMONGOOD, INC.,<br><br>Defendant. | Civ. No. 3:22-cv-01175-JCH-MEG |

## DECLARATION OF SPENCER DREIER

I, **Spencer Dreier,** declare as follows, pursuant to 28 U.S.C. Section 1746:

1. I am an attorney admitted *pro hac vice* to practice before this Court and am co-counsel of record for Defendant. I make this declaration in Opposition to Plaintiff's Motion to Compel (the "Motion"). I have personal knowledge of the facts set forth herein.

2. I verify the facts stated in Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Compel to the extent they set forth my personal acts and personal knowledge of the communications between counsel.

3. Annexed hereto as Exhibit A are true and correct copies of the Subpoenas that Plaintiff issued for Robert Getz, Marc Jaffee and Greg Gilbert.

4. Annexed hereto as Exhibit B are true and correct copies of the letters, dated March 1, March 26 and March 28, 2023, that I received from Plaintiff's counsel, Emily Kirsch.

5. Annexed hereto as Exhibit C are true and correct copies of the letters, dated March 9 and March 29, 2023, that I sent in response to the letters that are Exhibit B.

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2023

New York, New York.

Spencer Dreier

2