**PHILLIPS NIZER LLP**

485 Lexington Avenue, 14th Floor
New York, New York 10017
_____

**Spencer Dreier**
sdreier@phillipsnizer.com

DIRECT DIAL: 212.841.1344

May 15, 2023

<u>Via ECF</u>

The Honorable Maria E. Garcia
United States Magistrate Judge
United States District Court for the District of Connecticut
141 Church Street
New Haven, Connecticut 06510

**Re: Juice Creative Group, LLC v. UncommonGood, Inc.
<u>No. 3:22–cv– 001175 (JCH)-MEG</u>**

Dear Magistrate Judge Garcia:

     I am writing to provide a Status Report, pursuant to your Order, dated May 3, 2023. I believe the parties have reached an agreement on the search terms, as directed, but I file this letter to you individually, because Ms. Kirsch refuses to prepare a joint letter to the Court on a timely basis. I do not want my client to be in a position where it has not responded on time, as directed.

     Attached hereto as Exhibit A, are the proposed search terms that Ms. Kirsch provided on behalf of Juice Creative Group LLC ("Juice") last Monday, May 8, 2023. UncommonGood, Inc. ("UG"), by way of counsel, responded on May 11, 2023, that Juice's terms were *largely acceptable*. UG stated, however, that Juice's Proposed Search Terms No. 3, 6-25 and 72-80 (which included terms such as "Lexington," "Non-Profit," and "Donor") were too broad on their own and should be narrowed by pairing each term with a more specific "modifier" so the search results would more likely be limited to mostly responsive documents, rather than mostly unresponsive documents, and the burden of then sorting through the search results will be more appropriate and feasible.

     On May 12, the parties held a Meet and Confer by Zoom, where they agreed that modifiers would be appropriate, and UG proposed a list of such modifiers. Juice requested an opportunity to think them over and revert with a final list. This morning, Juice proposed a list of modifiers that it applied to some but not all of the search terms UG had identified as overly broad. A copy of Juice's May 15 list from this morning is attached as Exhibit B hereto. UG replied asking Juice to apply the modifiers to all of the terms at issue, but Juice has been evasive as to its final position. I believe Juice has ultimately agreed that applying the modifiers to all of the search terms that UG

Magistrate Judge Garcia
Page 2

has suggested applying them to is acceptable to it, but after numerous emails, Juice is still not clear.

*Accordingly, UG wishes to make clear to the Court that Juice's latest Proposed Search Terms that is Exhibit B is acceptable to UG insofar as the modifier terms it has added in redline to some of the terms are applied to Juice's Proposed Search Terms No. 3, 6-25 and 72-80, as well as Nos. 81-84, which Juice, only as of today, further added to its list of principal terms.*

Lastly, the Court is advised that the parties, at their May 12 Meet and Confer by Zoom, had agreed to defer their Meet and Confer as to the Stipulation Ordered by the Court with respect to Juice RFP No. 12 and Interrogatory No. 4, as Ms. Kirsch had to end the Meet and Confer before we reached that issue due to another scheduled conference call. However, Juice now, just as of this morning, takes the position that it will not honor that extension and in fact Meet and Confer as directed by this Court. Both the undersigned and Attorney Fleischer are prepared to submit affidavits to the Court attesting to the parties' agreement and this prejudicial reversal if necessary.

Respectfully submitted,

_____
Spencer Dreier