**Juice's Proposed Search Terms**

Pursuant to the Court's May 3, 2023 Order, below is Juice's list of proposed search terms, custodians and specific locations for searches to be conducted within the time period, January 1, 2020-present.

A. Custodians/locations. Given the small size of UncommonGood (the "Company") and the extent to which work with Juice on the Web Based Application involved the efforts of everyone at the Company, documents and accounts of all personnel should be searched for the below search terms. This includes all cloud based storage, all servers, all Slack Communications, all E-mail and/or google calendar or related Outlook communications, and all text messages via phone that pertain to work matters.

B. Search Terms/locations: The below list of search terms closely matches the list we used for our own searches to locate potentially responsive documents. The only changes are that we substituted the names of some UG personnel for the names of Juice personnel.

1. Juice
2. Donation AND (Juice or Carter or Clayton or Joe or Rhonda or Colleen or Tyler or Kim or Marc or Thu or "juicecg.com" or RJ or "dev")
3. Donate AND (Juice or Carter or Clayton or Joe or Rhonda or Colleen or Tyler or Kim or Marc or Thu or "juicecg.com" or RJ or "dev")
4. Widget
5. Sweepstakes
6. Alzheimers AND (Juice or Carter or Clayton or Joe or Rhonda or Colleen or Tyler or Kim or Marc or Thu or "juicecg.com" or RJ or "dev" or Getz or Gilbert or Mosher or Jaffe or Dreier)
7. NPO AND (Juice or Carter or Clayton or Joe or Rhonda or Colleen or Tyler or Kim or Marc or Thu or "juicecg.com" or RJ or "dev" or Getz or Gilbert or Mosher or Jaffe or Dreier)
8. Nonprofit AND (Juice or Carter or Clayton or Joe or Rhonda or Colleen or Tyler or Kim or Marc or Thu or "juicecg.com" or RJ or "dev" or Getz or Gilbert or Mosher or Jaffe or Dreier)
9. Fundraising AND (Juice or Carter or Clayton or Joe or Rhonda or Colleen or Tyler or Kim or Marc or Thu or "juicecg.com" or RJ or "dev" or Getz or Gilbert or Mosher or Jaffe or Dreier)
10. Cancer AND (Juice or Carter or Clayton or Joe or Rhonda or Colleen or Tyler or Kim or Marc or Thu or "juicecg.com" or RJ or "dev" or Getz or Gilbert or Mosher or Jaffe or Dreier)
11. "Lia Cook"
12. Playstation
13. PS5
14. Riseup
15. AFSC
16. Dementia
17. CLC
18. Alliance
19. Lexington
20. Donor AND (Juice or Carter or Clayton or Joe or Rhonda or Colleen or Tyler or Kim or Marc or Thu or "juicecg.com" or RJ or "dev" or Getz or Gilbert or Mosher or Jaffe or Dreier)
21. BCA
22. Crello
23. Organizations AND (Juice or Carter or Clayton or Joe or Rhonda or Colleen or Tyler or Kim or Marc or Thu or "juicecg.com" or RJ or "dev" or Getz or Gilbert or Mosher or Jaffe or Dreier)

24. P2P
25. Email Campaigns AND (Juice or Carter or Clayton or Joe or Rhonda or Colleen or Tyler or Kim or Marc or Thu or "juicecg.com" or RJ or "dev" or Getz or Gilbert or Mosher or Jaffe or Dreier)
26. "Sarah Grimm"
27. Grimm
28. "Marc Jaffe"
29. Jaffe
30. "Greg Gilbert"
31. Gilbert
32. Clayton or Dombrowsky
33. Carter or Grotta
34. Joe or Bentham
35. Rhonda or Brown
36. Tyler or "Tyler Callahan"
37. Marc or "Marc Burnett"
38. Kim or "Kim Ellsworth"
39. Megan or "Megan Martin"
40. Colleen or McElaney
41. Marko or Markovic
42. Thu /s Do
43. "Media Library"
44. Auctions
45. Stories
46. "Master Services Agreement" or MSA
47. "Statement of Work or "SOW"
48. "Exhibit A"
49. "Exhibit B"
50. "Transfer Agreement"
51. "View Access"
52. Rhonda
53. DiRusso
54. Spencer
55. Dreier
56. "Ann Dunn"
57. "March 2020 Proposal"
58. "at cost"
59. Bonus
60. (remove /s scope)
61. "Non-profit Sweepstakes Tool"
62. "Non-Profit CRM"
63. "Non-Profit Fundraiser Tool"
64. "Non-Profit Media Library Tool"
65. "Non-Profit Donation Tool"
66. "Non-Profit Email"
67. "User Manual"
68. "Capital raise"
69. "UG Website Technical Deliverables"
70. "UG Website Content Deliverables"
71. Mechanics /s Transfer
72. Hoops4All
73. "Wall Street Association"

74. "Lucky Dog Refuge"
75. "Grotta Foundation"
76. RiseUpCT
77. "Equal Education"
78. YL /2 Trapped
79. Laddie /2 Lawrence /2 Foundation
80. "Boy Scouts" /10 Troop 15"
81. Stories
82. Analytics
83. Auctions
~~80.~~84.       Chat