# PHILLIPS NIZER LLP

485 Lexington Avenue, 14th Floor
New York, New York 10017
_____

DIRECT DIAL: 212.841.1344

**Spencer Dreier**
sdreier@phillipsnizer.com

May 30, 2023

**Via Electronic Court Filing**

Hon. Janet C. Hall
Richard C. Lee United States Courthouse
United States Courthouse
141 Church Street
New Haven, Connecticut 06510

**Re: Civ. No. 3:22-cv-01175-JCH // June 6, 2023 Hearing Date
Regarding Defendant's Objections to Magistrate's Order**

Dear Judge Hall:

      We represent the Defendant UncommonGood, Inc. ("UG"). I am writing to inform the Court that, unfortunately, I have a scheduling conflict with the hearing that was set last Friday for June 6, 2023, at 9am, in regard to UG's Objections to Magistrate Judge Garcia's Order Compelling Discovery. I will be in California on that date, as I have an in-person Oral Argument before the Ninth Circuit Court of Appeals on June 5, and a preexisting commitment in San Francisco on June 6. I also have a Zoom discovery conference in another matter set for June 7. I am returning to New York on the morning of June 8. Accordingly, I respectfully request, with the Court's indulgence, that your Honor reschedule the hearing in this matter for June 9, or as soon thereafter as feasible for the Court.

      Thank you for your attention to this matter. (Please note: I had tried to file this letter last Friday, shortly after receiving the Court's notice of the hearing, but the Court's ECF system was inaccessible due to maintenance until this morning.)

Respectfully,

SPENCER DREIER