UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUICE CREATIVE GROUP, LLC,<br><br>                      Plaintiff,<br>v.<br><br>UNCOMMONGOOD, INC.,<br><br>                      Defendant. | Case No. 3:22-cv-01175-JCH<br><br>August 31, 2023 |

### **PLAINTIFF'S MOTION FOR SANCTIONS**

Pursuant to Rule 37(b) of the Federal Rules of Civil Procedure, and Local Rule 37, Plaintiff Juice Creative Group, LLC ("Plaintiff") respectfully moves for an order for sanctions against Defendant UncommonGood, Inc ("Defendant"). Specifically, Plaintiff seeks an order:

1. Requiring the immediate production of Compelled Financial Information;

2. Imposing coercive monetary sanctions on UG in an amount of $1,000/day running from the date of this motion through the date that Defendant makes full and satisfactory production of the Compelled Financial Information;

3. Reopening the deposition of Defendant's CEO Carolyn Driscoll for the purpose of confirming that the Compelled Financial Information to be produced is thorough, complete and accurate;

4. Precluding Defendant, pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(ii), from introducing any evidence in opposition to Plaintiff's damages calculations, including but not limited to, precluding Defendant from seeking to prove its deductible expenses and/or elements of profit

ORAL ARGUMENT REQUESTED

attributable to factors other than the copyrighted works or otherwise oppose Plaintiff's damages calculations for any of its claims;

5. Awarding Plaintiff its attorneys' fees in bringing this motion and in reopening the Driscoll deposition;

6. Holding the firms of Phillips Nizer and Green & Sklarz jointly and severally liable for all sanctions;

7. Ordering Phillips Nizer to adequately supervise its associate, Attorney Dreier; and

8. Granting such other and further relief that the Court deems just and proper.

Dated: August 31, 2023

        KIRSCH & NIEHAUS, PLLC

        By: */s/ Emily B. Kirsch*
        (admitted *pro hac vice*)
        Emily B. Kirsch
        Craig S. Tarasoff
        950 Third Avenue, Suite 1900
        New York, New York 10022
        (646) 415-7530
        emily.kirsch@kirschniehaus.com
        craig.tarasoff@kirschniehaus.com

        -and-

        McCARTER & ENGLISH, LLP

        Joseph J. Cherico
        One Canterbury Green
        201 Broad Street
        Stamford, CT 06901
        Tel.: (203) 399-5900
        Fax: (203) 399-5800
        E-mail:  jcherico@mccarter.com

        *Attorneys for Plaintiff Juice Creative Group, LLC*

**CERTIFICATION**

     I hereby certify that, on August 31, 2023, copies of the foregoing Plaintiff's Motion for Sanctions, the accompanying Plaintiff's Memorandum of Law, Declaration of Emily B. Kirsch, and accompanying exhibits, were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Craig S. Tarasoff*
Craig S. Tarasoff
Kirsch & Niehaus, PLLC
950 Third Avenue, Suite 1900
New York, NY 10022
Tel.:   (646) 415-7530
E-mail:  craig.tarasoff@kirschniehaus.com